2/28/2019 Gmail - U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Sujay K. Sinha, Case Number: 19-11506, SLM, Ref: [...

Case 19-11506-SLM    Doc 35    Filed 03/01/19    Entered 03/01/19 12:42:20    Desc Main
Document      Page 1 of 1



Ronald LeVine <ronlevinelawfirm@gmail.com>

# U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Sujay K. Sinha, Case Number: 19-11506, SLM, Ref: [p-131675624]

1 message

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>    Thu, Feb 28, 2019 at 4:08 PM
To: ronlevinelawfirm@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

February 28, 2019

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Sujay K. Sinha, Case Number 19-11506, SLM

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**MLK Jr Federal Building**
**50 Walnut Street**
**Newark, NJ 07102**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Santander Consumer USA
POB 961245
Terrell, TX 75161

THE UPDATED ADDRESS IS:

1601 Elm St.
Suite 800
Dallas TX 75201

_____    3/1/19
Signature of Debtor or Debtor's Attorney       Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.