UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

SUJAY K. SINHA

Case No.: 19-11506

Adv. No.:

Hearing Date:

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/17/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
SUJAY K. SINHA
33 BEECH STREET
ELMWOOD PARK, NJ  07407
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RONALD I. LEVINE
210 RIVER STREET
SUITE 11
HACKENSACK, NJ  07601
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 17, 2019

By:   /S/  Lauren O'Shea
      Lauren O'Shea