Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−11506−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sujay K. Sinha
   33 Beech Street
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6430

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/26/19 at 10:00 AM

to consider and act upon the following:

*50* − Application for Extension of Loss Mitigation Period. Filed by Ronald I. LeVine on behalf of Sujay K. Sinha. Objection deadline is 6/3/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LeVine, Ronald)

*52* − Response to (related document:50 Application for Extension of Loss Mitigation Period. Filed by Ronald I. LeVine on behalf of Sujay K. Sinha. Objection deadline is 6/3/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Sujay K. Sinha) filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as servicer for Banc America Funding Corporation, 2006−5, U.S. Bank National Association, as Trustee. (Attachments: # 1 Certificate of Service) (Ebeck, Keri)

Dated: 6/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court