Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11506−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sujay K. Sinha
   33 Beech Street
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6430

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/26/19 at 10:00 AM

to consider and act upon the following:

*50* − Application for Extension of Loss Mitigation Period. Filed by Ronald I. LeVine on behalf of Sujay K. Sinha. Objection deadline is 6/3/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LeVine, Ronald)

*52* − Response to (related document:50 Application for Extension of Loss Mitigation Period. Filed by Ronald I. LeVine on behalf of Sujay K. Sinha. Objection deadline is 6/3/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Sujay K. Sinha) filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as servicer for Banc America Funding Corporation, 2006−5, U.S. Bank National Association, as Trustee. (Attachments: # 1 Certificate of Service) (Ebeck, Keri)

Dated: 6/4/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sujay K. Sinha  
    Debtor

Case No. 19-11506-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 04, 2019  
    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.  
db    +Sujay K. Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:  
    Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
    Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for Banc America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    Nicholas V. Rogers    on behalf of Transferee    WELLS FARGO BANK, N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5 nj.bkecf@fedphe.com  
    Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
    Robert Wachtel    on behalf of Debtor Sujay K. Sinha rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
    Ronald I. LeVine    on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 8