UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

 SUJAY K. SINHA

                    Debtor,

Case No.:        19-11506-SLM

Chapter:              13

Hearing Date:    August 14, 2019

Judge:              Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Doc # 52 Response to Application for Extension of Loss Mitigation Period filed on

June 3, 2019

Date: August 13, 2019

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*