UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:

Sujay K. Sinha

**Order Filed on August 15, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: 19-11506SLM

Chapter: 13

Judge: Hon. Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/25/19_____ :

Property: 33 Beech St  Elmwood Pk, NJ  07407

Creditor: Wells Fargo

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____August 27, 2019_____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*