UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

**Order Filed on September 4,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Sujay K. Sinha

| | |
|---|---|
| Case No.: | 19-11506SLM |
| Chapter: | Hon. Meisel |
| Judge: | 13 |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/25/2019_____ :

Property: ____33 Beech Street, Elmwood Park NJ_____

Creditor: ____Wells Fargo_____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____,
   and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
   and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 27, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2