UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:
Sujay K. Sinha

Order Filed on September 4,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:    19-11506SLM

Chapter:     Hon. Meisel

Judge:       13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/25/2019_____ :

Property: 33 Beech Street, Elmwood Park NJ

Creditor: Wells Fargo

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 27, 2019_____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Sujay K. Sinha  
    Debtor

Case No. 19-11506-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 04, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.  
db          +Sujay K. Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                             Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for Banc America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Transferee    WELLS FARGO BANK, N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5 nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
         Robert Wachtel    on behalf of Debtor Sujay K. Sinha rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
         Ronald I. LeVine    on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                  TOTAL: 8