| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>SUJAY K. SINHA | Case No.: 19-11506<br><br>Adv. No.:<br><br>Hearing Date: 01/22/2020<br><br>Judge: **SLM** |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/16/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---
Debtor:
SUJAY K. SINHA
33 BEECH STREET
ELMWOOD PARK, NJ  07407
Mode of Service:  Regular Mail

---
Attorney for Debtor(s):
RONALD I. LEVINE
210 RIVER STREET
SUITE 11
HACKENSACK, NJ  07601
Mode of Service:  Regular Mail

---

Dated:  December 16, 2019

By:  /S/ Jessica Antoine
Jessica Antoine