Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−11506−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sujay K. Sinha
33 Beech Street
Elmwood Park, NJ 07407

Social Security No.:
xxx−xx−6430

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:  1/21/20
Time:  02:30 PM
Location:  Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne

COMMISSION OR FEES
$400.00

EXPENSES
$1.80

If this is a chapter 13 case, the fees and expenses awarded:

- ☐  will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 18, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 19-11506-SLM
Sujay K. Sinha                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2            Date Rcvd: Dec 18, 2019
                              Form ID: 137              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db              +Sujay K. Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
aty             +Aldridge Pite LLP,    4375 Jutland Drive,    Suite 200,    PO Box 17933,
                  San Diego, CA 92177-7921
517986334       +America's Servicing Company,    POB 51119,    Los Angeles, CA 90051-5419
517986335      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America, N.A.,    POB 982235,    El Paso, TX 79998)
518055996       +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
518028625       +Bank of America, N.A.,    c/o Jenelle C. Arnold,    ALDRIDGE PITE, LLP,
                  4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518053295        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517986338       +Firstsource Advantage, LLC,    Attn: Capital One Bank, N.A,    POB 628,    Buffalo, NY 14240-0628
517986341       +Midland Funding LLC,    Attn: Pressler & Pressler, LLP,    7 Entin Road,
                  Parsippany, NJ 07054-5020
517986343       +Santander Consumer USA,    1601 Elm St.,    Suite 800,    Dallas, TX 75201-7260
518022963       +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
517986344       +Shefali Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
517986346       +Shesali Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
518147039       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517986347       +US Bank, NA,    attn: Phelan, Halinan, Diamond & Jones,    400 Fellowship Road, Suite 100,
                  Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:13      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: bnc@atlasacq.com Dec 19 2019 00:31:05      Atlas Acquisitions LLC,
                  294 Union Street,    Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 00:34:35
                  Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518170651       +E-mail/Text: bnc@atlasacq.com Dec 19 2019 00:31:06      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
517986336        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2019 00:35:15
                  Capital One Bank, N.A.,    15000 Capital One Drive,    Richmond, VA 23238
518007403       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2019 00:45:54
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518031259        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 00:33:57      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517986340       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 00:32:10      Midland Credit Management, Inc.,
                  POB 2121,   Warren, MI 48090-2121
518060459       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 00:32:10      Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
517986342       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 00:32:10      Midland Funding LLC,
                  Attn: Credit One Bank,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
518035785       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2019 00:32:27      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517988195       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 00:34:16      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518136774       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2019 00:45:54      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517986337*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank, N.A.,    15000 Capital One Drive,
                  Richmond, VA 23238)
517986345*      +Shefali Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
517986339      ##+Mazzo Oil Company,    242 Palisade Avenue,    POB 70,    Garfield, NJ 07026-0070
                                                                                    TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Dec 18, 2019
                              Form ID: 137             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Keri P. Ebeck     on behalf of Creditor     Specialized Loan Servicing, LLC as servicer for Banc
               America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee
               kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Transferee    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S.
               Bank National Association, as Trustee rsolarz@kmllawgroup.com
              Robert  Wachtel    on behalf of Debtor Sujay K. Sinha rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```