RONALD I. LEVINE
210 RIVER STREET
SUITE 11
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-11506

Re:    SUJAY K. SINHA                              Atty:    RONALD I. LEVINE
       33 BEECH STREET                                      210 RIVER STREET
       ELMWOOD PARK,  NJ  07407                             SUITE 11
                                                            HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,350.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/08/2019 | $250.00 | 952063007 | 03/06/2019 | $250.00 | 952063424 |
| 04/12/2019 | $250.00 | 952063806 | 05/07/2019 | $250.00 | 952064267 |
| 06/05/2019 | $3,250.00 | 539339804 | 07/09/2019 | $1,350.00 | 539341468 |
| 08/06/2019 | $250.00 | 955187741 | 09/10/2019 | $250.00 | 955188055 |
| 10/28/2019 | $250.00 | 955188628 | 12/31/2019 | $250.00 | 955189315 |

**Total Receipts:  $6,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | | |
| | 05/20/2019 | $643.49 | 824,810 | | 06/17/2019 | $218.36 | 826,879 |
| | 07/15/2019 | $2,838.74 | 828,741 | | 08/19/2019 | $806.77 | 830,618 |
| SANTANDER CONSUMER USA INC. | | | | | | | |
| | 05/20/2019 | $63.76 | 826,074 | | 06/17/2019 | $21.64 | 828,026 |
| | 07/15/2019 | $281.26 | 829,892 | | 08/19/2019 | $79.93 | 831,912 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 276.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA NA | MORTGAGE ARRI | 4,507.36 | 100.00% | 4,507.36 | |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 371.64 | * | 0.00 | |
| 0004 | FIRSTSOURCE ADVANTAGE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | MAZZO OIL COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 1,382.14 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 845.99 | * | 0.00 | |
| 0008 | MIDLAND FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SANTANDER CONSUMER USA INC. | VEHICLE SECURI | 446.59 | 100.00% | 446.59 | |
| 0013 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0015 | CAPITAL ONE BANK (USA) NA | UNSECURED | 846.88 | * | 0.00 | |

**Chapter 13 Case # 19-11506**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0016 | LVNV FUNDING LLC | UNSECURED | 1,041.02 | * | 0.00 | |
| 0017 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 889.00 | * | 0.00 | |
| 0018 | CAPITAL ONE, N.A. | UNSECURED | 1,301.91 | * | 0.00 | |
| 0019 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,064.14 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 388.17 | * | 0.00 | |

**Total Paid:  $5,230.45**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $6,600.00          -     Paid to Claims: $4,953.95     -     Admin Costs Paid: $276.50     =     Funds on Hand: $1,369.55

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.