**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    SUJAY K. SINHA

Order Filed on January 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-11506 SLM

Hearing Date:  1/22/2020

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 23, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): SUJAY K. SINHA

Case No.: 19-11506

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/22/2020 on notice to RONALD I. LEVINE, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $270.00 starting on 1/1/2020 for the remaining 25 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Sujay K. Sinha  
    Debtor

Case No. 19-11506-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1                 Date Rcvd: Jan 23, 2020
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db           +Sujay K. Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor   Banc of America Funding Corporation 2006-5, U.S. Bank
          National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor   Specialized Loan Servicing, LLC as servicer for Banc
          America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee
          kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas V. Rogers    on behalf of Transferee   WELLS FARGO BANK, N.A. as servicer for U.S. BANK
          NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5
          nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor   Banc of America Funding Corporation 2006-5, U.S.
          Bank National Association, as Trustee rsolarz@kmllawgroup.com
         Robert Wachtel    on behalf of Debtor Sujay K. Sinha rwachtel@ronlevinelaw.com,
          irr72645@notify.bestcase.com
         Ronald I. LeVine    on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com,
          irr72645@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 8