UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ronald I. LeVine
201 489-7900

| | |
|---|---|
| In Re: <br> SUJAY SINHA | Case No.: 19-11506SLM <br> Judge: Meisel <br> Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  Santander Consumer USA, Inc. , creditor,

    A hearing has been scheduled for  May 13, 2020 , at  10:00 .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $  April & May , but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I own a bagel store in Jersey City and with the corona virus pandemic by business income has shrunk to 10-20% of what it was.  In addtion I had a P/tT job that was I also lost for now but hope to have back when bisineeses resume.  The best I can do now is to make my regular payment which I have done for April and May and have al arrears tacked on to the end of my term or rolled in to my chapter 13

☒ Other **(explain your answer)**:
plan payments.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: May 8, 2020  

/s/Sujay Sinha  
Debtor's Signature

Date: _____  

*Sujay K Sinha* (signature)  
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*