UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51033

Morton & Craig LLC

John R. Morton, Jr., Esq.

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

856-866-0100

Attorney for Santander Consumer USA Inc.

**Order Filed on June 19, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SUJAY K. SINHA

Case No.: 19-11506

Adv. No.:

Hearing Date: 5-27-20

Judge:  SLM

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 19, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Sujay K. Sinha**
**19-11506(SLM)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Robert Wachtel, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. is the holder of a first purchase money security interest encumbering a 2011 Honda Accord bearing vehicle identification number 1HGCS1B78BA012130 (hereinafter the "vehicle").

2. **Curing arrears:**  At the hearing the debtor was $1781.66 in arrears to Santander.  To cure arrears, the debtor shall make a payment to Santander of $750 on 5-26-20.  The debtor shall cure the remaining arrears by making cure payments of $474.45 for 6 consecutive months beginning 6-19-20.If the debtor fails to make the $750 payment when due or any cure payment for a period of 30 days after it falls due, Santander shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After curing arrears, the debtor shall make all retail installment contract payments to Santander Consumer USA Inc. when due, being the 19th day of each month.  In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtor and his attorney.

5. The debtor shall pay to Santander Consumer USA Inc. through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.