Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11506−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sujay K. Sinha
   33 Beech Street
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6430

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 12, 2019.

On 07/16/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:               August 26, 2020
Time:                08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 17, 2020
JAN: dlr

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 19-11506-SLM
Sujay K. Sinha                                                Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Jul 17, 2020
                              Form ID: 185                Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Sujay K. Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
aty            +Aldridge Pite LLP,    4375 Jutland Drive,    Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
cr             +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
cr             +Specialized Loan Servicing LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
517986334      +America's Servicing Company,    POB 51119,    Los Angeles, CA 90051-5419
517986335     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,     POB 982235,    El Paso, TX 79998)
518718666      +Banc of America Funding Corporation,     Specialized Loan Servicing LLC,
                 8742 Lucent Blvd., Suite 300,    Highlands Ranch, CO 80129-2386
518055996      +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
518028625      +Bank of America, N.A.,    c/o Jenelle C. Arnold,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518053295       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517986338      +Firstsource Advantage, LLC,    Attn: Capital One Bank, N.A,    POB 628,    Buffalo, NY 14240-0628
517986339      +Mazzo Oil Company,    139 Van Winkle Avenue, Ste 2,    Garfield, NJ 07026-2966
517986341      +Midland Funding LLC,    Attn: Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517986343      +Santander Consumer USA,    1601 Elm St.,    Suite 800,    Dallas, TX 75201-7260
518022963      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
517986344      +Shefali Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
517986346      +Shesali Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
518147039      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517986347      +US Bank, NA,    attn: Phelan, Halinan, Diamond & Jones,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Jul 18 2020 02:50:49      Atlas Acquisitions LLC,
                 294 Union Street,    Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 02:56:48
                 Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518170651      +E-mail/Text: bnc@atlasacq.com Jul 18 2020 02:50:49      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517986336       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2020 02:56:39
                 Capital One Bank, N.A.,    15000 Capital One Drive,    Richmond, VA 23238
518007403      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2020 02:57:03
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518031259       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2020 02:55:45      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517986340      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2020 02:52:22      Midland Credit Management, Inc.,
                 POB 2121,    Warren, MI 48090-2121
518060459      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2020 02:52:22      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517986342      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2020 02:52:22      Midland Funding LLC,
                 Attn: Credit One Bank,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
518035785      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2020 02:52:46      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517988195      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2020 02:56:27      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518136774      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2020 02:54:44      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517986337*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank, N.A.,     15000 Capital One Drive,
                 Richmond, VA 23238)
517986345*     +Shefali Sinha,    33 Beech Street,    Elmwood Park, NJ 07407-2001
518713062*     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jul 17, 2020
                              Form ID: 185             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for Banc
               America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee
               kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Transferee    WELLS FARGO BANK, N.A. as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2006-5, U.S.
               Bank National Association, as Trustee rsolarz@kmllawgroup.com
              Robert Wachtel    on behalf of Debtor Sujay K. Sinha rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```