| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on September 10, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  SUJAY K. SINHA | Case No.:  19-11506SLM<br><br>Hearing Date:  9/9/2020<br><br>Judge:  STACEY L. MEISEL |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 10, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  19-11506SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 09/09/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that if the Court's Docket does not reflect that an Amended Schedule I & J has been filed by 9/23/2020, the instant case shall be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that Debtor must provide the Trustee with current income sources by 9/23/2020 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/14/2020 at 8:30 a.m.