| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on September 10, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  SUJAY K. SINHA | Case No.:  19-11506SLM<br><br>Hearing Date:  9/9/2020<br><br>Judge:  STACEY L. MEISEL |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 10, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 19-11506SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

    THIS MATTER having been scheduled before the Court on 09/09/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that if the Court's Docket does not reflect that an Amended Schedule I & J has been filed by 9/23/2020, the instant case shall be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that Debtor must provide the Trustee with current income sources by 9/23/2020 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/14/2020 at 8:30 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Sujay K. Sinha  
     Debtor

Case No. 19-11506-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 10, 2020  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.  
db          +Sujay K. Sinha,   33 Beech Street,    Elmwood Park, NJ 07407-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     Banc of America Funding Corporation 2006-5, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Gavin Stewart     on behalf of Creditor     Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
         John R. Morton, Jr.     on behalf of Creditor     Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Keri P. Ebeck     on behalf of Creditor     Specialized Loan Servicing, LLC as servicer for Banc America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Nicholas V. Rogers     on behalf of Transferee     WELLS FARGO BANK, N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5 nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor     Banc of America Funding Corporation 2006-5, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
         Robert Wachtel     on behalf of Debtor Sujay K. Sinha rwachtel@ronlevinelaw.com, ronlevinelawfirm@gmail.com  
         Ronald I. LeVine     on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 10