Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−11506−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sujay K. Sinha
   33 Beech Street
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6430

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/17/20
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Esq.

COMMISSION OR FEES
$4313.75

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 21, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sujay K. Sinha  
    Debtor(s)

Case No. 19-11506-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 21, 2020      Form ID: 137      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sujay K. Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| aty | + | Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517986334 | + | America's Servicing Company, POB 51119, Los Angeles, CA 90051-5419 |
| 517986335 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., POB 982235, El Paso, TX 79998 |
| 518718666 | + | Banc of America Funding Corporation, Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 518055996 | + | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 518028625 | + | Bank of America, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 518053295 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517986338 | + | Firstsource Advantage, LLC, Attn: Capital One Bank, N.A, POB 628, Buffalo, NY 14240-0628 |
| 517986339 | + | Mazzo Oil Company, 139 Van Winkle Avenue, Ste 2, Garfield, NJ 07026-2966 |
| 517986341 | + | Midland Funding LLC, Attn: Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517986343 | + | Santander Consumer USA, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 518022963 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517986344 | + | Shefali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 517986346 | + | Shesali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 518147039 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517986347 | + | US Bank, NA, attn: Phelan, Halinan, Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bnc@atlasacq.com | Oct 21 2020 22:00:00 | Atlas Acquisitions LLC, 294 Union Street, Attn: Avi Schild, Hackensack, NJ 07601-4303 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 22:52:25 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518170651 | + | Email/Text: bnc@atlasacq.com | Oct 21 2020 22:00:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 517986336 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 21 2020 22:52:46 | Capital One Bank, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 518007403 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 22:52:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-11506-SLM    Doc 104    Filed 10/23/20    Entered 10/24/20 00:51:59    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: 137 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518031259 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2020 22:52:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517986340 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2020 22:01:00 | Midland Credit Management, Inc., POB 2121, Warren, MI 48090-2121 |
| 517986342 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2020 22:01:00 | Midland Funding LLC, Attn: Credit One Bank, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518060459 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2020 22:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518035785 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 21 2020 22:01:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517988195 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 22:53:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518136774 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 22:52:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517986337 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 517986345 | *+ | Shefali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 518713062 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518899109 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Banc of America Funding Corporation 2006-5  U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Banc America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Transferee WELLS FARGO BANK  N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5 nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Banc of America Funding Corporation 2006-5  U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com |
| Robert Wachtel | on behalf of Debtor Sujay K. Sinha rwachtel@ronlevinelaw.com  ronlevinelawfirm@gmail.com |
| Ronald I. LeVine | on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10