UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St. Ste. 11
Hackensack, NJ 07601
Attorney for Debtor

**Order Filed on November 17, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sujay K. Sinha

Case No.: 19-11506 SLM

Chapter 13

Judge: Hon. Stacey L. Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: November 17, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Sujay K. Sinha
    Case No. 19-11506 SLM
    Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $4313.75 for services rendered and expenses in the amount of $0, for a total of $4313.75. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
- outside the plan.

ORDERED that the Debtor's Plan payment shall increase from $230.00 to $365.00 beginning December 1, 2020 for the remaining 36 months of the plan.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.