Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>
> Case No.: 19−11506−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sujay K. Sinha
   33 Beech Street
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6430

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/14/21 at 10:00 AM

to consider and act upon the following:

*112* − Certification in Opposition to (related document:110 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/7/2021. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Ronald I. LeVine on behalf of Sujay K. Sinha. (LeVine, Ronald)

Dated: 6/4/21

>
> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court

| | |
|---|---|
| In re: | Case No. 19-11506-SLM |
| Sujay K. Sinha | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sujay K. Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Banc of America Funding Corporation 2006-5 U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Banc America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | |

| | |
|---|---|
| | on behalf of Transferee WELLS FARGO BANK N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5 nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Banc of America Funding Corporation 2006-5  U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com |
| Ronald I. LeVine | |
| | on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9