Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–11506–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sujay K. Sinha
   33 Beech Street
   Elmwood Park, NJ 07407

Social Security No.:
   xxx–xx–6430

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 16, 2020.

On 06/21/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:               July 28, 2021
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 22, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-11506-SLM |
|---|---|
| Sujay K. Sinha | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2021 | Form ID: 185 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sujay K. Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| aty | + | Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517986334 | + | America's Servicing Company, POB 51119, Los Angeles, CA 90051-5419 |
| 517986335 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., POB 982235, El Paso, TX 79998 |
| 518718666 | + | Banc of America Funding Corporation, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518055996 | + | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 518028625 | + | Bank of America, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 518053295 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517986338 | + | Firstsource Advantage, LLC, Attn: Capital One Bank, N.A, POB 628, Buffalo, NY 14240-0628 |
| 517986339 | + | Mazzo Oil Company, 139 Van Winkle Avenue, Ste 2, Garfield, NJ 07026-2966 |
| 517986341 | + | Midland Funding LLC, Attn: Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517986343 | + | Santander Consumer USA, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 518022963 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517986344 | + | Shefali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 517986346 | + | Shesali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 518147039 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517986347 | + | US Bank, NA, attn: Phelan, Halinan, Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bnc@atlasacq.com | Jun 22 2021 20:36:00 | Atlas Acquisitions LLC, 294 Union Street, Attn: Avi Schild, Hackensack, NJ 07601 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 22 2021 20:52:03 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518170651 | | Email/Text: bnc@atlasacq.com | Jun 22 2021 20:36:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 517986336 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 22 2021 20:52:32 | Capital One Bank, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 518007403 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 22 2021 20:52:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | |
|---|---|---|---|
| 518031259 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2021 20:52:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517986340 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2021 20:37:00 | Midland Credit Management, Inc., POB 2121, Warren, MI 48090-2121 |
| 517986342 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2021 20:37:00 | Midland Funding LLC, Attn: Credit One Bank, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518060459 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2021 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518035785 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 22 2021 20:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517988195 | + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 20:52:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518136774 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 22 2021 20:52:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517986337 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 517986345 | *+ | Shefali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 518713062 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518899109 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Banc of America Funding Corporation 2006-5  U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 22, 2021                       Form ID: 185                                    Total Noticed: 33

John R. Morton, Jr.
                    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Keri P. Ebeck
                    on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Banc America Funding Corporation, 2006-5, U.S. Bank
                    National Association, as Trustee KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Nicholas V. Rogers
                    on behalf of Transferee WELLS FARGO BANK  N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
                    FOR BANC OF AMERICA FUNDING CORPORATION 2006-5 nj.bkecf@fedphe.com

Rebecca Ann Solarz
                    on behalf of Creditor Banc of America Funding Corporation 2006-5  U.S. Bank National Association, as Trustee
                    rsolarz@kmllawgroup.com

Ronald I. LeVine
                    on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9