Imaged Certificate of Notice    Page 1 of 4

Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−11506−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sujay K. Sinha
   33 Beech Street
   Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−6430

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 28, 2021.


Dated: July 28, 2021
JAN: ntp

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sujay K. Sinha  
      Debtor

Case No. 19-11506-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 28, 2021      Form ID: plncf13      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sujay K. Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| aty | + | Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517986334 | + | America's Servicing Company, POB 51119, Los Angeles, CA 90051-5419 |
| 517986335 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., POB 982235, El Paso, TX 79998 |
| 518718666 | + | Banc of America Funding Corporation, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518055996 | + | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 518028625 | + | Bank of America, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 518053295 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517986338 | + | Firstsource Advantage, LLC, Attn: Capital One Bank, N.A, POB 628, Buffalo, NY 14240-0628 |
| 517986339 | + | Mazzo Oil Company, 139 Van Winkle Avenue, Ste 2, Garfield, NJ 07026-2966 |
| 517986341 | + | Midland Funding LLC, Attn: Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517986343 | + | Santander Consumer USA, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 518022963 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517986344 | + | Shefali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 517986346 | + | Shesali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 518147039 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517986347 | + | US Bank, NA, attn: Phelan, Halinan, Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bnc@atlasacq.com | Jul 28 2021 20:23:00 | Atlas Acquisitions LLC, 294 Union Street, Attn: Avi Schild, Hackensack, NJ 07601 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 20:28:49 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518170651 | | Email/Text: bnc@atlasacq.com | Jul 28 2021 20:23:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 517986336 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 20:28:55 | Capital One Bank, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 518007403 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 28 2021 20:29:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-11506-SLM    Doc 122    Filed 07/30/21    Entered 07/31/21 00:12:26    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: plncf13 | Total Noticed: 33 |

| Recip ID | | | | |
|---|---|---|---|---|
| 518031259 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 20:28:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517986340 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 20:24:00 | Midland Credit Management, Inc., POB 2121, Warren, MI 48090-2121 |
| 517986342 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 20:24:00 | Midland Funding LLC, Attn: Credit One Bank, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518060459 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 20:24:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518035785 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2021 20:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517988195 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 20:28:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518136774 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 28 2021 20:28:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517986337 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 517986345 | *+ | Shefali Sinha, 33 Beech Street, Elmwood Park, NJ 07407-2001 |
| 518713062 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518899109 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Banc of America Funding Corporation 2006-5 U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Banc America Funding Corporation, 2006-5, U.S. Bank National Association, as Trustee KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Transferee WELLS FARGO BANK  N.A. as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2006-5 nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Banc of America Funding Corporation 2006-5  U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com |
| Ronald I. LeVine | on behalf of Debtor Sujay K. Sinha ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9