| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Sujay K. Sinha<br><br>                                   Debtor. | Chapter 13<br><br>Case No. 19-11506-SLM<br><br>Hearing Date: May 11, 2022<br><br>Judge Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Creditor's Certification of Default** (Doc. No. 124).

Dated: April 18, 2022

                                          Stewart Legal Group, P.L.
                                          Attorney for Creditor

                            By:    */s/Gavin N. Stewart*
                                          Gavin N. Stewart, Esq.