UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, NJ 07601
201-489-7900
Ronald I. Levine, Esq.
Attorney for Debtors, Sujay K. Sinha

In Re:

SUJAY K. SINHA,
              Debtor.

Case No.:    19-11506SLM

Judge:    Honorable Stacey L. Meisel

Chapter:    13

## CHAPTER 13 ATTORNEY'S CERTIFICATION IN OPPOSITION

The attorney in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____.

    **X** Certification of Default filed by **the Chapter 13 Standing Trustee**,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.   Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

X   Other **(explain your answer)**: The debtor has advised that he will be making double payment for the months November 2022- January 2023 to bring himself current.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: November 3, 2022          */s/ Ronald I. LeVine*
                                **Ronald I. LeVine**
                                Attorney for Debtor

**NOTES:**
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee_s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*