Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11506−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sujay K. Sinha
  33 Beech Street
  Elmwood Park, NJ 07407

Social Security No.:
  xxx−xx−6430

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/14/22 at 10:00 AM

to consider and act upon the following:

*132* − Certification in Opposition to Trustee Certification of Default (related document:130 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/8/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Ronald I. LeVine on behalf of Sujay K. Sinha. (LeVine, Ronald)

Dated: 11/7/22

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court